# UNITED STATES DISTRICT COURT

FILED CLERK
DISTRICT COURT

Eastern District of Texas

'09 DEC -2 PM 12:51

TEXAS EASTERN

Alcatel-Lucent USA Inc.,
    Plaintiff,

V.

Amazon.com, Inc., et al.,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

BY _____

CASE NUMBER: 6:09-cv-422

TO: (Name and address of Defendant)

> QVC, Inc.
> 1365 Enterprise Drive
> West Chester, PA 19380

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Michael E. Jones      Jan Conlin
> Potter Minton, P.C.     Robins, Kaplan, Miller & Ciresi L.L.P.
> 110 N. College        2800 LaSalle Plaza
> 500 Plaza Tower      800 LaSalle Avenue
> Tyler, TX 75702       Minneapolis, MN 55402

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



*David Maland*

CLERK OF COURT

MLL

11/24/09

DATE

&AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/30/2009 @ 5:20 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael D. Talone | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1365 Enterprise Dr., West Chester, PA 19380

    Service to Lawrence R. Hayes, Sr. VP & General COunsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/1/2009
              *Date*             *Signature of Server*

**TALONE & ASSOCIATES**
*Address of Server* **423 SO. 15TH STREET**
**PHILADELPHIA, PA 19146**



Senior Vice President and General Counsel
lawrence r. hayes

QVC Studio Park
Mail Code 207 | West Chester, PA | 19380-4262
t 484.701.8192  f 484.701.1021
e larry.hayes@qvc.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.