UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:09-cv-00422-LED

Name of party requesting extension: QVC, Inc.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/30/2009

Number of days requested: ☐ 30 days
☐ 15 days
✓ Other 31 days

New Deadline Date: 01/21/2010 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jeffrey Plies

State Bar No.: 24027621 TX

Firm Name: Dechert LLP

Address: 300 W. 6th Street
Suite 1850
Austin, Texas 78701

Phone: 512.394.3000

Fax: 512.394.3001

Email: jeff.plies@dechert.com

A certificate of conference does not need to be filed with this unopposed application.