**Appendix K**                                                          Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## TYLER DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 21 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

1. This application is being made for the following: Case # 6:09-cv-422 [LED]
Style: Alcatel-Lucent USA Inc. v. Amazon.com, Inc., et al.
2. Applicant is representing the following party/ies: QVC, Inc.
3. Applicant was admitted to practice in PA/NJ (state) on 5/4/90 - 3/19/92 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not/had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not/ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not/been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. None
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    Pa., N.J., E.D.Pa., Fed. Cir.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, Martin J. Black do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/18/09            Signature  _[signature]_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Martin J. Black
State Bar Number PA (54319) - NJ (050751991)
Firm Name: DECHERT LLP
Address/P.O. Box: Cira Centre, 2929 Arch Street
City/State/Zip: Philadelphia, PA 19104
Telephone #: 215-994-2664
Fax #: 215-655-2664
E-mail Address: martin.black@dechert.com
Secondary E-Mail Address: n/a

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **12/21/09**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   MLL
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0020481

# United States District Court

for the
Eastern District of Texas at Tyler

Date: **Monday, December 21, 2009**

Received from:

**DECHERT LLP**

**CIRA CENTRE**

**2929 ARCH STREET**

**PHILADELPHIA, PA 19104-2808**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **6:09-CV-422 LED**

Comments: **PHV FEE PAID FOR MARTIN J BLACK CHECK #1158963**

Received by: gg