## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ALCATEL-LUCENT USA INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:09-cv-422 [LED] |
| v. | § § | |
| AMAZON.COM, INC.; ZAPPOS.COM, INC.; NETFLIX, INC.; OVERSTOCK.COM, INC.; QVC, INC.; SEARS HOLDINGS CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; SEARS BRANDS, LLC; KMART CORPORATION; KMART HOLDING CORPORATION; LANDS' END, INC.; NEWEGG INC.; MAGNELL ASSOCIATE INC. d/b/a NEWEGG.COM; and INTUIT INC., | § § § § § § § § § § § § § § | JURY DEMANDED |
| Defendants. | § | |

## ALCATEL-LUCENT USA, INC'S REPLY TO THE AMENDED COUNTERCLAIM OF QVC, INC.

Plaintiff Alcatel-Lucent USA, Inc. (referred to as "Alcatel-Lucent USA") files this Reply to Defendant QVC, Inc.'s (referred to as "QVC") Amended Counterclaim, as follows: except as expressly admitted below, Alcatel-Lucent USA denies each and every allegation in QVC's Amended Counterclaim.

81262550.1

## THE PARTIES

1. Upon information and belief, Alcatel-Lucent USA admits the allegations contained in paragraph 269 of the Counterclaim.

2. Alcatel-Lucent USA admits the allegations contained in paragraph 270 of the Counterclaim.

## JURISDICTION AND VENUE

3. Alcatel-Lucent USA admits the allegations contained in paragraph 271 of the Counterclaim.

4. Alcatel-Lucent USA admits the allegations contained in paragraph 272 of the Counterclaim.

5. Alcatel-Lucent USA admits the allegations contained in paragraph 273 of the Counterclaim.

6. Alcatel-Lucent USA admits the allegations contained in paragraph 274 of the Counterclaim.

7. Alcatel-Lucent USA admits the allegations contained in paragraph 275 of the Counterclaim.

## COUNT I
### Declaratory Judgment of Non-Infringement

8. In response to paragraph 276 of the Counterclaim, Alcatel-Lucent USA's responses to paragraphs 1-7 are incorporated by reference as if fully set forth herein.

9. Alcatel-Lucent USA admits the allegations contained in paragraph 277 of the Counterclaim.

10. Alcatel-Lucent USA denies the allegations contained in paragraph 278 of the Counterclaim.

- 3 -

11. Alcatel-Lucent USA denies the allegations contained in paragraph 279 of the Counterclaim.

## COUNT II
### Declaratory Judgment of Invalidity

12. In response to paragraph 280 of the Counterclaim, Alcatel-Lucent USA's responses to paragraphs 1-11 are incorporated by reference as if fully set forth herein.

13. Alcatel-Lucent USA admits the allegations contained in paragraph 281 of the Counterclaim.

14. Alcatel-Lucent USA denies the allegations contained in paragraph 282 of the Counterclaim.

15. Alcatel-Lucent USA denies the allegations contained in paragraph 283 of the Counterclaim.

## PRAYER

Alcatel-Lucent USA requests that the Court deny the relief requested by QVC in its "Prayer" and that the Court declare that U.S. Patent Nos. 5,649,131, 5,623,656 and 5,404,507 are valid and infringed by QVC, Inc.

## AFFIRMATIVE DEFENSES

QVC's claim for relief, and each and every one of its allegations in the Counterclaim, fails to state a claim upon which relief can be granted.

## JURY DEMAND

Alcatel-Lucent USA Inc. hereby demands a jury trial on all matters so triable pursuant to Fed. R. Civ. P. 38, and Local Rule 38.

Respectfully Submitted,

DATED: February 9, 2010

By: */s/ Thomas C. Mahlum, with permission by Michael E. Jones*
    Michael E. Jones  (TX No. 10929400)
    **POTTER MINTON, P.C.**
    110 N. College
    500 Plaza Tower
    Tyler, TX 75702
    Telephone:   (903) 597-8311
    Facsimile:   (903) 593-0846
    Email:   mikejones@potterminton.com

*Of Counsel:*
Jan M. Conlin (*pro hac vice*)
Emmett J. McMahon (*pro hac vice* pending)
Thomas C. Mahlum (*pro hac vice*)
Brian A. Mayer (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:  612-349-8500
Facsimile:  612-339-4181
E-mail:   jmconlin@rkmc.com
        ejmcmahon@rkmc.com
        tcmahlum@rkmc.com
        bamayer@rkmc.com

**ATTORNEYS FOR PLAINTIFF,
ALCATEL-LUCENT USA INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 9, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

                                      */s/ Michael E. Jones*

81262550.1