**MARCH 1, 2010 STATUS CONFERENCE**

1:30 pm – Judge Davis called each case and parties announced ready for proceedings. (See attached Sign-in Sheet for Attorney Appearances). Court re-called each case and parties announced whether they consented to Magistrate Judge John Love.

6:09cv448 U.S. Ethernet v Acer: Mr. Wilcox addressed the Court and would like until this afternoon to advise whether his client consents. Court and Mr. Wilcox discussed the delay in getting this done. Court will allow Mr. Wilcox to notify the Court this afternoon.

6:09cv549 Red Hat v Bedrock Computer: Mr. Heartfield addressed the Court and would like to consolidate this case with the other Bedrock case and for the cases to have the same Markman and trial date. Mr. Cawley responded and he is not opposed to the same Markman, but opposed to having the same discovery schedule.

Court in recess.

Hearing resumed. Judge Davis gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| **608cv455** | Dura Operating v Magna International | | 02.03.2011 | 09.06.2011 | |
| **609cv270** | Saxon Innovations v Casio Computer | | 01.06.2011 | 09.06.2011 | |
| **609cv390** | On Semiconductor v Hynix Semiconductor | 02.10.2011 | | 09.06.2011 | |
| **609cv422** | Alcatel-Lucent v Amazon, et al | 02.24.2011 | | 09.06.2011 | |
| **609cv446** | Eolas Technologies v Adobe Systems, et al | 03.03.2011 | | 10.03.2011 | |
| **609cv448** **CONSENT** | U.S. Ethernet v Acer, et al | | 01.13.2011 | | 09.06.2011 |
| **609cv498** | Child Protect v Sprint Textel | | 01.27.2011 | 10.03.2011 | |
| **609cv513** | Broadcom Corp v CSIRO | 03.10.2011 | | 10.03.2011 | |
| **609cv532** | Sipco v Datamatic, et al | | 02.10.2011 | 10.03.2011 | |
| **609cv549** | Red Hat v Bedrock Computer | 10.07.2010* Same date as 609cv269 | | 10.03.2011 | |

2:15 PM There being nothing further, Court adjourned.