# CASE NO. 6:09-CV-422

# ALCATEL-LUCENT USA, INC
# V
# AMAZON.COM, INC, et al

## March 1, 2010 - STATUS CONFERENCE

### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Malissa Smith | Intuit |
| Hector Ribera | Intuit |
| Christopher Shield | Overstock |
| Elizabeth DeRieux | QVC |
| Neil McNabnay | Netflix, Amazon, Sears/Kmart/ Land's End |
| Jan Conlin | Alcatel-Lucent |
| Mike Jones | Alcatel-Lucent |
| Allen Gardner | Alcatel-Lucent |
| Debby Gunter | Newegg.com, Magnell Assoc. |

4