# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ALCATEL-LUCENT USA INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:09-cv-422 [LED] |
| v. | § § | |
| AMAZON.COM, INC.; | § | JURY DEMANDED |
| ZAPPOS.COM, INC.; | § | |
| NETFLIX, INC.; | § | |
| OVERSTOCK.COM, INC.; | § | |
| QVC, INC.; | § | |
| SEARS HOLDINGS CORPORATION; | § | |
| SEARS HOLDINGS MANAGEMENT CORPORATION; | § § | |
| SEARS, ROEBUCK AND CO.; | § | |
| SEARS BRANDS, LLC; | § | |
| KMART CORPORATION; | § | |
| KMART HOLDING CORPORATION; | § | |
| LANDS' END, INC.; | § | |
| NEWEGG INC.; and | § | |
| MAGNELL ASSOCIATE INC. d/b/a NEWEGG.COM; | § § § | |
| Defendants. | § § | |

## ORDER GRANTING ALCATEL-LUCENT USA INC.'S UNOPPOSED MOTION FOR A ONE DAY EXTENSION OF TIME TO SERVE ITS DAMAGES COMPUTATION

Having considered Alcatel-Lucent USA Inc.'s Unopposed Motion for a One Day Extension of Time to Serve Damages Computation, the Court finds that the motion should be GRANTED.

It is therefore ORDERED that Alcatel-Lucent USA's deadline to serve its damages computation should be extended one day until June 11, 2010.

**So ORDERED and SIGNED this 15th day of June, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**