# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ALCATEL-LUCENT USA INC.<br><br>v.<br><br>AMAZON.COM, INC.; ZAPPOS.COM, INC.; NETFLIX, INC.; OVERSTOCK.COM, INC.; QVC, INC.; SEARS HOLDINGS CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; SEARS BRANDS, LLC; KMART CORPORATION; KMART HOLDING CORPORATION; LANDS' END, INC.; NEWEGG INC.; and MAGNELL ASSOCIATE INC. d/b/a NEWEGG.COM. | Civil Case No. 6:09-CV-422-LED<br><br>JURY DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND THE DISCOVERY ORDER

Defendants' Motion to Amend the Discovery Order has come before the Court. The Court, having considered the motion is of the opinion that the motion should be GRANTED. It is hereby ORDERED that Additional Disclosures described in Paragraph 2.B of the Discovery Order (Docket No. 132) shall be disclosed on or before June 24, 2010.

**So ORDERED and SIGNED this 15th day of June, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**