IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALCATEL-LUCENT USA INC. | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-422-LED |
| v. | § § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., et al | § § | |
| Defendants, | § § | |
| v. | § § | |
| ENDECA TECHNOLOGIES, INC., | § § | |
| Third Party Defendant. | § § | |

## UNOPPOSED MOTION FOR HEARING

Third party defendant Endeca Technologies, Inc. ("Endeca") respectfully requests a hearing on its Motion to Dismiss Third-Party Complaint Pursuant to Rules 12(b)(3) 12(b)(1), 12(b)(2) and/or 12(b)(6) Based Upon Contractual Forum Selection Clause; in the Alternative, Motion to Transfer Pursuant to Fed. R. Civ. P. 14 and 28 U.S.C. §§ 1404 or 1406 (Dkt. #158). The motion is fully briefed.

Counsel for Endeca has conferred with counsel for Newegg Inc., and Newegg Inc. does not oppose this motion.

Date: November 4, 2010                    Respectfully submitted,

                                                    */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, TX 75701
Tel: 903-509-5000
Fax: 903-509-5092
jainsworth@wilsonlawfirm.com

Scott C. Ford
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Tel: 617-542-6000
Fax: 617-542-2241
scford@mintz.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANT ENDECA TECHNOLOGIES , INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 4th day of November, 2010.

                                                    */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Endeca Technologies, Inc. has conferred with counsel for Newegg Inc. concerning this motion and they do not oppose the motion.

                                                    */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth