# Exhibit 1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 LASALLE AVENUE
2800 LASALLE PLAZA
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Melissa A. Goodman
MAGoodman@rkmc.com
612-349-0626

September 9, 2011                                      *By E-mail*

David Hanson
Kent E. Baldauf, Jr.
James Bosco
Daniel Brean
Anthony W. Brooks
Bryan P. Clark
**The Webb Law Firm**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

Debby E. Gunter
Trey Yarbrough
**Yarbrough Wilcox, PLLC**
100 E. Ferguson St., Suite 1015
Tyler, TX 75702

Yar Chaikovsky
**McDermott Will & Emery LLP**
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

Alan D. Albright
Conor M. Civins
Barry K. Shelton
**Bracewell & Giuliani LLP**
111 Congress Avenue, Suite 2300
Austin, TX 78701

John H. Barr Jr.
Christopher Shield
John A. Yates
**Bracewell & Giuliani LLP**
711 Louisiana Street, Suite 2300
Houston, TX 77002.2770

Lara S. Garner
John W. Thornburgh
Justin Barnes
Ryan P. O'Connor
**Fish & Richardson P.C.**
12390 El Camino Real
San Diego, CA 92130

Neil J. McNabnay
P. Weston Musselman, Jr.
Thomas M. Melsheimer
**Fish & Richardson P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201

Dmitry Brant
Peter J. Sawert
James A. Fussell
Michael J. McKeon
Fish & Richardson P.C.
1425 K Street NW, 11th Floor
Washington, DC 20005

ATLANTA     BOSTON     LOS ANGELES     MINNEAPOLIS     NAPLES     NEW YORK

82478384.1

September 9, 2011
Page 2

R. Ritch Roberts
R. Ritch Roberts, PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206

     *Re:*    *Alcatel-Lucent USA Inc.v. Amazon.com, et al.*

Dear Counsel:

    Alcatel-Lucent USA intends to call Dr. Hauser to testify live at trial.  Since both sides have completed deposition designations for Dr. Hauser, in the event he were to become unavailable, we specifically reserve the right to call him by deposition testimony.  In light of this, we believe "Defendants' Motion to Strike/Objections to Alcatel's Use of Deposition Testimony From Its Expert John Hauser" (Dkt. No. 415) is rendered moot.

    Please confirm that you will prepare the necessary papers to withdraw this Motion.

                  Best regards,

                  Melissa A. Goodman