**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ALCATEL-LUCENT USA, INC. | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:09-CV-422 |
| | § | PATENT CASE |
| AMAZON.COM., INC., et al | § | |
| | § | |
|     Defendants. | § | |

**ORDER**

As stated in the pre-trial hearing on September 22, 2011:

- Defendants' Motion to Compel Production of Certain Alcatel Licensing Documents (Doc. No. 312) is **DENIED;**

- Alcatel's Motion to Strike Amazon.com's Third Amended Answer (Doc. No. 339) is **DENIED**;

- Alcatel's Motion to Compel Discovery as to Defendant Amazon.com, Inc., or in the Alternative, Motion for Sanctions (Doc. No. 406) is **DENIED**;

- Alcatel's Motion to Strike Certain Witnesses from Defendants' Identification of Trial Witnesses (Doc. No. 434) is **DENIED**;

- Defendants' Motion to Exclude the Testimony of Michael Jeffry Donahoo (Doc. No. 324) is **DENIED**;

- Alcatel's Motion to Exclude the Testimony of Edward R. Tittle (Doc. Nos. 329, 358) is **DENIED**;

- Defendants' Motion to Exclude the Testimony of Dr. Ray Perryman (Doc. No. 390) is **DENIED**;

- Defendants' Motion for Summary Judgment of No Willful Infringement (Doc. No. 325) is **DENIED**.

**So ORDERED and SIGNED this 23rd day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**