UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ALCATEL-LUCENT USA INC.**<br><br>v.<br><br>AMAZON.COM, INC.; ZAPPOS.COM, INC.; NETFLIX, INC.; OVERSTOCK.COM, INC.; QVC, INC.; SEARS HOLDING CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; SEARS BRANDS, LLC; KMART CORPORATION; KMART HOLDING CORPORATION; LANDS' END, INC.; NEWEGG INC.; MAGNELL ASSOCIATE INC. d/b/a NEWEGG.COM; and INTUIT INC. | Civil Case No. 6:09-CV-422-LED<br><br>**JURY DEMANDED** |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Alcatel-Lucent USA Inc. and Amazon.com, Inc. and Zappos.com, Inc., by and through their attorneys of record, hereby move the Court to dismiss with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims and counterclaims between Alcatel-Lucent USA Inc. and Amazon.com, Inc. and Zappos.com, Inc. in the above-captioned matter. Each party is to bear its own attorneys' fees and costs.

Dated:  October 13, 2011

Respectfully submitted,

By: */s/ Jan M. Conlin, with permission by Michael E. Jones*
Michael E. Jones (Tx. No. 10929400)
POTTER MINTON, P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846
mikejones@potterminton.com

ROBINS, KAPLAN, MILLER & CIRESI LLP
Jan M. Conlin (pro hac vice)
Emmett J. McMahon (pro hac vice)
Thomas C. Mahlum (pro hac vice)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

**COUNSEL FOR PLAINTIFF ALCATEL-LUCENT USA INC.**

By: */s/ Thomas M. Melsheimer, with permission by Michael E. Jones*
FISH & RICHARDSON P.C.
Thomas M. Melsheimer (TX SBN 13922550) (*Lead Counsel*)
Neil J. McNabnay (TX SBN 24002583)
Michael R. Bittner (TX SBN 24064905)
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: melsheimer@fr.com
       mcnabnay@fr.com
       bittner@fr.com

FISH & RICHARDSON P.C.
John W. Thornburgh (*pro hac vice*)
Justin M. Barnes (*pro hac vice*)
Lara S. Garner (*pro hac vice*)
Ryan P. O'Connor (*pro hac vice*)
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: thornburgh@fr.com
       barnes@fr.com
       garner@fr.com
       oconnor@fr.com

FISH & RICHARDSON P.C.
Michael J. McKeon (*pro hac vice*)
Peter J. Sawert (*pro hac vice*)

Dmitry Brant (*pro hac vice*)
Ryan P. O'Connor (*pro hac vice*)
1425 K Street, N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
Email: mckeon@fr.com
sawert@fr.com
brant@fr.com

R. RITCH ROBERTS, PLLC
R. Ritch Roberts, III (TX SBN 24041794)
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
Telephone: (214) 800-2086
Facsimile: (214) 747-2091
Email: ritch@northtexastriallawyers.com

**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ZAPPOS.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 13, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by email and/or fax.

*/s/ Michael E. Jones*
Michael E. Jones