# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALCATEL-LUCENT USA INC.,** § | |
| § | |
| Plaintiff, § | |
| § | **CASE NO. 6:09-CV-422** |
| v. § | **PATENT CASE** |
| § | |
| **AMAZON.COM, INC., et al** § | |
| § | |
| Defendants. § | |
| § | |

## CORRECTED FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 60(a), the Final Judgment entered November 2, 2011, is hereby corrected nunc pro tunc to read as follows:

This action was tried by a jury with the undersigned presiding, and the jury has reached a verdict.

It is **ORDERED** that:

- Defendants Overstock.com, Inc. and Newegg Inc.; Magnell Associate, Inc. d/b/a Newegg.com are found not to infringe U.S. Patent Nos. 5,649,131 ("the '131 patent"); 5,623,656 ("the '656 patent"); and 5,404,507 ("the '507 patent").

- Claims 1 and 5 of the '131 patent are found to be invalid.

All other remaining claims and counterclaims are dismissed with prejudice.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff take nothing from Defendants and that all pending motions are **DENIED**.

It is further **ORDERED, ADJUDGED, AND DECREED,** that Defendants' costs of court should be taxed against Plaintiff.  The parties are directed to the Standing Order Regarding Bill of Costs on the Court's website.

**So ORDERED and SIGNED this 20th day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**